Matthew M. McArthur, Esq.
Nevada Bar No. 11649
CLEAR COUNSEL LAW GROUP
50 S. Stephanie St., Ste. 101,
Henderson, NV 89012
Telephone (702) 476-5900
Facsimile (702) 924-0709
Email bankruptcy@clearcounsel.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:

Charles Cangelosi,

Debtor.

CASE NO.  14-14284-abl

Trustee: Kathleen Leavitt

### § 1307(b) VOLUNATRY REQUEST FOR DISMISSAL

Pursuant to 11 U.S.C. § 1307 (b), Debtor Charles Cangelosi requests that this court enter an Order Dismissing this case on the grounds set forth below:

1.   On June 19, 2014, the above-named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2.   The case has not been previously converted.

3.   Debtor voluntarily wishes to dismiss the case.

WHEREFORE, Debtor prays for an Order dismissing this case pursuant to 11 U.S.C. § 1307 (b).

/ / /

/ / /

1

Dated: August 12, 2014

                                              CLEAR COUNSEL LAW GROUP

By:    /s/ Matthew McArthur
       Matthew McArthur, NV Bar No. 11649
       50 S. Stephanie St., Ste. 101,
       Henderson, Nevada 89012
       Telephone: (702) 476-5900
       *Attorneys for Debtor*

2