# United States Bankruptcy Court
## District of Nevada

Case No. <u>14–14284–led</u>
**Chapter 13**

In re: (Name of Debtor)
    CHARLES CANGELOSI
    5583 HAWLEY CT.
    LAS VEGAS, NV 89118–1856

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the debtor(s) named below:

☑    CHARLES CANGELOSI

having been Dismissed by Court Order,

**IT IS HEREBY ORDERED THAT:**

    KATHLEEN A. LEAVITT

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 12/12/14      BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court